

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-17-2010

# John Demos, Jr. v. Sate of WA

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-4162

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

## Recommended Citation

"John Demos, Jr. v. Sate of WA" (2010). *2010 Decisions.* Paper 1870.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1870

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

CLD-093                                                    **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-4162
_____

JOHN ROBERT DEMOS, JR., Appellant

v.

STATE OF WASHINGTON, AND
THE UNITED STATES OF AMERICA

_____

On Appeal from the District Court
for the District of the Virgin Islands
(D.C. Civ. No. 09-cv-00058)
District Judge:  Honorable Raymond L. Finch

_____

Submitted for Possible Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P.
10.6 and Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B)
January 14, 2010
Before: BARRY, FISHER and ROTH, Circuit Judges

(Opinion filed: February 17, 2010)
_____

OPINION
_____

PER CURIAM.

On August 27, 2009, John R. Demos, Jr., an inmate in Washington State, filed in

the District Court for the District of the Virgin Islands a pleading in which he requested,

among other things, a declaratory ruling that he is being held in violation of Article 36(b)(1) of the Vienna Convention on Consular Relations. According to Demos, his incarceration violates the Vienna Convention because he owes allegiance to "foreign power[s]" – i.e., "the Vatican, and the Rothschild family of France." Compl. at 2. The District Court dismissed the matter for lack of jurisdiction. Demos appeals.

We have appellate jurisdiction under 28 U.S.C. § 1291. We will summarily affirm the District Court's judgment because the appeal presents "no substantial question." 3d Cir. IOP Ch. 10.6. Demos made no showing at all to establish that a Virgin Islands District Court has jurisdiction over his purported request for declaratory relief.[1]

---

[1] To the extent that Demos sought some form of habeas relief, and to the extent that a certificate of appealability ("COA") is necessary for this appeal, a COA is denied.